UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIARA AMAYA HANSON,

                Petitioner,

    -against-

WILLIAM JOYCE, et al.,

                Respondents.

Case No. 1:26-cv-03326 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On April 22, 2026, Petitioner Kiara Amaya Hanson ("Petitioner"), proceeding *pro se* through her next friend, filed a petition for a writ of habeas corpus, *see* Dkt. 1, and the Court directed Respondents to file a letter with certain information in response, *see* Dkt. 3.  After receiving Respondents' letter, *see* Dkt. 6, the Court directed the Clerk of Court, on April 27, 2026, to attempt to locate pro bono counsel to represent Petitioner, *see* Dkt. 7.  To date, no pro bono counsel has been identified.  Accordingly, **Petitioner shall file a response to Respondents' letter on or before May 22, 2026**.  The Court will determine, upon receipt of that response, whether a hearing is required in this matter.

Dated: May 8, 2026
      New York, New York

                                  SO ORDERED.

                               *Jennifer Rochon*

                               JENNIFER L. ROCHON
                               United States District Judge