UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIARA AMAYA HANSON,

Petitioner,

-against-

WILLIAM JOYCE, ET AL.,

Respondents.

26 CIVIL 03326 (JLR)

# JUDGMENT

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated July 16, 2026, having found that Petitioner was initially subject to mandatory detention under Section 1226(c) but is now subject only to discretionary detention under Section 1226(a), the Court GRANTS her habeas petition to the extent she seeks a bond hearing. Accordingly, by July 20, 2026, the immigration court must either (1) hold a bond hearing at which the government bears the burden of proving, by clear and convincing evidence, that Petitioner is a danger to the community or a flight risk, or (2) release Petitioner. In determining whether to grant bond, the immigration judge shall consider, on the record, the availability of alternative conditions of release; in determining the amount of any bond imposed, the immigration judge shall consider Petitioner's ability to pay. Respondents shall file an update with the Court, no later than July 21, 2026, certifying that Petitioner has received a bond hearing or that she has been released from custody; accordingly, the case is closed.

**Dated:** New York, New York
July 20, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**